## IN THE DISTRICT COURT FOR THE FOURTEENTH JUDICIAL DISTRICT
## TULSA COUNTY, STATE OF OKLAHOMA

GAIL FRITZ, individually and as mother )
And next friend of R. F., a minor child )
                                   )
        Plaintiff,          )    No.
                                     )
vs.                               )
DOVE SCIENCE ACADEMY      )
FOUNDATION – TULSA, INC.     )
                                     )
        Defendant.       )

No. CJ 2009 05345

**SUMMONS**  J. MICHAEL GASSET

Steven A. Novick, OBA #6723
1717 S. Cheyenne Avenue
Tulsa, Oklahoma 74119
Tel   918-582-4441
*Attorney for Plaintiff*

To the above-named Defendant:    DOVE SCIENCE ACADEMY FOUNDATION – TULSA, INC.

      You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition with the Court Clerk at the Tulsa County Courthouse within twenty (20) days after service of this Summons upon you exclusive of the day of service. A copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of _____ CL 2009

SALLY HOWE SMITH, Court Clerk

SEAL                By: _____
                       Deputy Court Clerk

This Summons was served on _____
                                    (date of service)
and you must answer the petition within twenty (20) days of this date.

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**EXHIBIT A**




# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

2009 OCT 14 PM 2:53

OCT 1 4 2009

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

GAIL FRITZ, individually and as )
Mother and next friend of R. F., a minor Child, )
          )
    Plaintiff, )
          )
vs. )     Case No. CJ-2009-05345
          )     Judge J. Michael Gassett
          )
DOVE SCIENCE ACADEMY )
FOUNDATION -- TULSA, INC., )
a Charter School, )
          )
    Defendant. )

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER
## OR OTHER RESPONSIVE PLEADING

COMES NOW Defendant Dove Science Academy Foundation – Tulsa, Inc. ("Dove Science Academy" or "Defendant"), by and through its counsel, Robert D. James and P. Bradley Bendure of Conner & Winters, LLP, and files this Unopposed Motion to Extend Deadline to File Answer or Other Responsive Pleading (the "Unopposed Motion"). For its Unopposed Motion, Defendant respectfully shows the Court as follows:

1.    Defendant was served with a copy of the Summons and Petition in this matter on September 24, 2009. Pursuant to 12 O.S. § 2012, the deadline for Defendant to file an answer or other responsive pleading is October 14, 2009.

2.    Defendant did not receive assignment of this case until October 13, 2009, the day before Defendant's deadline to file an answer or other responsive pleading. In order to properly prepare an answer or other responsive pleading, Defendant needs an additional twenty (20) days from October 14, 2009 until November 3, 2009.

3.    Counsel for Defendant has conferred with Steven A. Novick, counsel for Plaintiff, to request an additional twenty (20) days in which to file an answer or other responsive pleading,



without waiving any defenses which Defendant may otherwise assert in response to Plaintiff's Petition.  Mr. Novick <u>does not</u> oppose this Motion, based upon Defendant's agreement not to file a special entry of appearance reserving additional time under 12 O.S. § 2012(A)(1)(b).

    5.      This Unopposed Motion is not being presented for the purpose of undue delay and is in the interest of justice.

    WHEREFORE, premises considered, Defendant respectfully requests the Court enter an order, the form of which is attached hereto as Exhibit "1", extending Defendant's deadline within which to file an answer or other responsive pleading to Plaintiff's Petition an additional twenty (20) days from and after October 14, 2009 to November 3, 2009, without waiving any defenses which Defendant may otherwise assert in response to Plaintiff's Petition.

    DATED this <u>14</u><sup>th</sup> day of October, 2009.

                  Respectfully submitted,

                  CONNER & WINTERS, LLP

                  By: _____
                  Robert D. James, OBA No. 16667
                  P. Bradley Bendure, OBA No. 19048
                  4000 One Williams Center
                  Tulsa, OK 74172-0148
                  Tel:    (918) 586-8521
                  Fax:    (918) 586-8631

                  ATTORNEYS FOR DEFENDANT, DOVE SCIENCE ACADEMY FOUNDATION – TULSA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2009, a true and correct copy of the above and foregoing instrument was mailed by first class mail, postage prepaid, to:

Steven A. Novick
Council Oak Center
1717 S. Cheyenne Avenue
Tulsa, Oklahoma 74119
Tel:   (918) 582-4441
Fax:   (918) 582-7830

ATTORNEY FOR PLAINTIFF


P. Bradley Bendure

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

GAIL FRITZ, individually and as )
Mother and next friend of R. F., a minor Child, )
                                 )
         Plaintiff, )
                                   )
vs. )     Case No. CJ-2009-05345
                                   )     Judge J. Michael Gassett
DOVE SCIENCE ACADEMY )
FOUNDATION -- TULSA, INC., )
a Charter School, )
                                   )
         Defendant. )

EXHIBIT 1

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

NOW on this _____ day of October, 2009, there came on for hearing before the Court the Unopposed Motion to Extend Deadline to File Answer or Other Responsive Pleading (the "Unopposed Motion"). After reviewing the file and being fully apprised in the merits, the Court finds, and it is therefore **ORDERED, ADJUDGED AND DECREED** that the deadline for Defendant Dove Science Academy Foundation – Tulsa, Inc. to file an answer or other responsive pleading to Plaintiff's Petition should be and hereby is extended an additional twenty (20) days from and after October 14, 2009 to November 3, 2009. It is **FURTHER ORDERED, ADJUDGED AND DECREED** that the Agreed Motion and this Order shall not result in Defendant's waiver of any defenses which Defendant may otherwise assert in response to Plaintiff's Petition.

_____

Honorable Judge of the District Court

Approved as to form:

CONNER & WINTERS, LLP

By: _____

Robert D. James, OBA No. 16667
P. Bradley Bendure, OBA No. 19048
4000 One Williams Center
Tulsa, OK 74172-0148
Tel:    (918) 586-8521
Fax:    (918) 586-8631

ATTORNEYS FOR DEFENDANT,
DOVE SCIENCE ACADEMY FOUNDATION –TULSA, INC.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

GAIL FRITZ, individually and as )
Mother and next friend of R. F., a minor Child, )
                )
      Plaintiff, )
                )
vs. )     Case No. CJ-2009-05345
                )     Judge J. Michael Gassett
DOVE SCIENCE ACADEMY )
FOUNDATION – TULSA, INC., )
a Charter School, )
                )
      Defendant. )

**DISTRICT COURT FILED**
**OCT 19 2009**
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

### ORDER GRANTING UNOPPOSED MOTION
### TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

NOW on this 16 day of October, 2009, there came on for hearing before the Court the Unopposed Motion to Extend Deadline to File Answer or Other Responsive Pleading (the "Unopposed Motion"). After reviewing the file and being fully apprised in the merits, the Court finds, and it is therefore **ORDERED, ADJUDGED AND DECREED** that the deadline for Defendant Dove Science Academy Foundation – Tulsa, Inc. to file an answer or other responsive pleading to Plaintiff's Petition should be and hereby is extended an additional twenty (20) days from and after October 14, 2009 to November 3, 2009. It is **FURTHER ORDERED, ADJUDGED AND DECREED** that the Agreed Motion and this Order shall not result in Defendant's waiver of any defenses which Defendant may otherwise assert in response to Plaintiff's Petition.



_____
Honorable Judge of the District Court

Approved as to form:

CONNER & WINTERS, LLP

By: _____
Robert D. James, OBA No. 16667
P. Bradley Bendure, OBA No. 19048
4000 One Williams Center
Tulsa, OK 74172-0148
Tel:    (918) 586-8521
Fax:    (918) 586-8631

ATTORNEYS FOR DEFENDANT,
DOVE SCIENCE ACADEMY FOUNDATION –TULSA, INC.

# OSCN www.oscn.net
## THE OKLAHOMA STATE COURTS NETWORK

**Home | Courts | Court Dockets | Legal Research | Calendar | Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| GAIL FRITZ,<br>    Plaintiff,<br>v.<br>DOVE SCIENCE ACADEMY FOUNDATION TULSA INC,<br>    Defendant. | No. CJ-2009-5345<br>(Civil relief more than $10,000: DISCRIMINATION)<br><br>Filed: 07/21/2009<br><br>Judge: Gassett, J. Michael |

## Parties

DOVE SCIENCE ACADEMY FOUNDATION TULSA INC , Defendant
F, R , Minor
FRITZ, GAIL , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| NOVICK, STEVEN ALAN(Bar # 6723)<br>1717 S. CHEYENNE AVE.<br>TULSA, OK 74119 | FRITZ, GAIL |



EXHIBIT B

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: DISCRIMINATION (DISCRIM)
Filed by: FRITZ, GAIL
Filed Date: 07/21/2009

**Party Name:** | **Disposition Information:**

**Defendant:** DOVE SCIENCE ACADEMY FOUNDATION TULSA INC | Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 07-21-2009 | TEXT | 1 | | 71495679 | Jul 21 2009 4:18:12:637PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 07-21-2009 | DISCRIM | - | | 71495681 | Jul 21 2009 4:18:12:777PM | Realized | $ 0.00 |

DISCRIMINATION

| | | | | | |
|---|---|---|---|---|---|
| 07-21-2009 | DMFE | - | 71495682 | Jul 21 2009 4:18:12:807PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 07-21-2009 | PFE1 | - | 71495683 | Jul 21 2009 4:38:17:190PM | Realized | $ 150.00 |
| | PETITION($ 150.00) | | | | | |
| | 📄 *Document Available at Court Clerk's Office* | | | | | |
| 07-21-2009 | PFE7 | - | 71495684 | Jul 21 2009 4:18:12:807PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 07-21-2009 | OCISR | - | 71495685 | Jul 21 2009 4:18:12:807PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 07-21-2009 | CCADMIN | - | 71495686 | Jul 21 2009 4:18:12:807PM | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | |
| 07-21-2009 | CHAB | - | 71495687 | Jul 21 2009 4:18:12:807PM | Realized | $ 10.00 |
| | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | |
| 07-21-2009 | AGVSU | - | 71495688 | Jul 21 2009 4:18:12:807PM | Realized | $ 3.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00) | | | | | |
| 07-21-2009 | CCADMIN03 | - | 71495689 | Jul 21 2009 4:18:12:807PM | Realized | $ 0.30 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30) | | | | | |
| 07-21-2009 | LTF | - | 71495690 | Jul 21 2009 4:18:13:177PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 07-21-2009 | SMF | - | 71495691 | Jul 21 2009 4:18:13:257PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 07-21-2009 | SMIMA | - | 71495692 | Jul 21 2009 4:18:13:337PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 07-21-2009 | TEXT | - | 71495680 | Jul 21 2009 4:18:12:667PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE GASSETT, J. MICHAEL TO THIS CASE. | | | | | |
| 07-21-2009 | ACCOUNT | - | 71495752 | Jul 21 2009 4:20:10:920PM | - | $ 0.00 |

RECEIPT # 2009-1708576 ON 07/21/2009.
PAYOR:STEVEN A NOVICK PC TOTAL AMOUNT PAID: $212.30.
LINE ITEMS:
CJ-2009-5345: $155.00 ON AC01 CLERK FEES.
CJ-2009-5345: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.

CJ-2009-5345: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2009-5345: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2009-5345: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2009-5345: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2009-5345: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2009-5345: $10.00 ON AC81 LENGTHY TRIAL FUND.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-14-2009 | MO | - | DOVE SCIENCE ACADEMY FOUNDATION TULSA INC | 72503559 | Oct 14 2009 3:58:36:380PM | - | $ 0.00 |

UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING (A/J)

📄 *Document Available at Court Clerk's Office*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-16-2009 | CTFREE | - | | 72538016 | Oct 19 2009 10:51:18:550AM | - | $ 0.00 |

KUEHN, DANA: ORDER ENTERED GRANTING THE DEFENDANT DOVE SCIENCE AN EXTENSION OF TIME UNTIL 11-3-09 TO FILE AN ANSWER.

| | | | | | |
|---|---|---|---|---|---|
| 10-19-2009 | OG | - | 72551152 | Oct 20 2009 9:02:04:407AM | - | $ 0.00 |

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

📄 *Document Available at Court Clerk's Office*

---

Report Generated by The Oklahoma Court Information System at October 21, 2009 9:30 AM

---

End of Transmission.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

OCT 21 2009

Deputy